**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON  DIVISION**

**Cynthia J. Elrod,**

                                                     **C/A No.  2:16-cv-3479-PMD-KDW**

                             Plaintiff,

              vs.                                     **ORDER OF DISMISSAL**

**Richard V. Spencer, Secretary of the Navy;**

**P3S Corporation; TCMC, LLC; and**

**Clayton Williams, in his individual capacity,**

                             Defendant.

_____

              The Court having been advised by counsel for the parties that the above action has been settled,

              **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice.  If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar.  Rule 60(b)(6), F.R.Civ.P.  In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement.  <u>Fairfax Countywide Citizens v. Fairfax County</u>, 571 F.2d 1299 (4th Cir. 1978).

              The dismissal hereunder shall be *with prejudice* if no action is taken under either alternative within sixty (60) days from the filing date of this Order.

              **IT IS SO ORDERED.**

                                                     _____
                                                     PATRICK MICHAEL DUFFY
                                                     United States District Judge

 January 26, 2018

Charleston, South Carolina